UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALCIRA FERREIRA DEDUAL, ET AL.,

    Plaintiff(s)

    v.                                 Civil No. 98-1029 (PG)

ENRON CORPORATION, ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #23 - Joint Motion for Voluntary Dismissal | GRANTED. |

Date: October 19, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge