ENTERED ON DOCKET 10/22/99 PURSUANT TO FRCP RULES 58 & 79»

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED & FILED
99 OCT 22 AM 8: 11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ALCIRA FERREIRA DEDUAL,
ET AL.,

    Plaintiffs

    v.    Civ. No. 98-1029(PG)

ENRON CORPORATION, ET AL.,

    Defendants

## J U D G M E N T

The Court having granted the parties' Joint Motion for Voluntary Dismissal with prejudice, it is hereby

**ORDERED and ADJUDGED** that the instant action is **DISMISSED with prejudice.**

San Juan, Puerto Rico, October 19, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge



AO 72A
(Rev.8/82)